Timothy I. Kelsey - Attorney at Law
200-C Garrett Street
Charlottesville, VA 22902

William Harville, Esq.
VSB #19802
P.O. Box 460
Urbanna, VA 23175

Timothy I. Kelsey - Attorney at Law
Dale Ludwig - Client
200-C Garrett Street
Charlottesville, VA 22902

Lendmark Financial Services LLC
1862 Abbey Rd
Charlottesville, VA 22911

UVA Health
1215 Lee Street
Charlottesville, VA 22903

FILED HARRISONBURG, VA
U.S. BANKRUPTCY COURT
2:45 PM
NOV 20 2025
By _____ JS
Deputy Clerk