

SIGNED  November 21, 2025
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re: Jean Vernette Seay–Saylor  Debtor(s) | CASE NO. 25–61418  CHAPTER 7 |
|---|---|

### ORDER TO CHAPTER 7 PRO SE DEBTOR

An order for relief having been entered herein pursuant to 11 U.S.C. Chapter 7 upon a petition filed by you in the United States Bankruptcy Court.

It is **ORDERED** that,

You are responsible for all of your property until a trustee is appointed and qualifies as such. You shall not waste or dispose of any of your property, you shall safely care for and protect the same, and, if in business, you shall preserve all records including but not limited to journals, general ledgers, and checkbooks.

You have received or will receive soon a notice of meeting of creditors. You shall personally appear on the date and time set forth in the notice and submit to examination as to the conduct of your affairs, your property and all other matters which may affect the settlement of your estate. If necessary, you may be ordered to appear subsequent to the meeting of creditors for further examination.

You shall bring with you to the meeting of creditors and present to the trustee your homestead deed, if any, and any and all deeds to real property, any and all insurance policies, and copies of your tax returns, both federal and state, for the current tax year.

You shall cooperate with and assist all officers of the court, such as the United States Trustee, or any trustee appointed by him or elected by creditors, or any official court appraiser, should one be appointed in your case. If an official appraiser is appointed, you should be prepared to make the property available for appraisal.

You shall obey all orders of the court and your responsibility for doing so does not cease even if a discharge is granted. The discharge does not conclude the bankruptcy proceeding. A discharge may be revoked, for cause.

You shall immediately advise the court and the United States Trustee in writing of any change of your address.

You should be advised that it is the responsibility of the debtor to review and correct returned notices which need a corrected address.

opsd

**END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

In re: Case No. 25-61418-rbc

Jean Vernette Seay-Saylor  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6     User: admin     Page 1 of 1

Date Rcvd: Nov 21, 2025     Form ID: opsd     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean Vernette Seay-Saylor, 1027 Grady Ave, Charlottesville, VA 22903-2219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Scot S. Farthing (424194) | Trustee@sfarthinglaw.com VA44@ecfcbis.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 2