**Fill in this information to identify your case and this filing:**

Debtor 1 _Jean_ _Vernette_ _Seay-Siflar_
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number _25-61418_

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT

**DEC 04 2025**

By _____ 4:05p
DEPUTY CLERK

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** _1087 Grady Ave_
Street address, if available, or other description

_Charlottesville_

_Charlottesville VA_      _22903_
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Current value of the entire property? **$487,500**

Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Current value of the entire property? $_____

Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Debtor 1  _Jean Varnette Seay-Saylor_  Case number (if known) _25-61418_
First Name    Middle Name    Last Name

| | | |
|---|---|---|

**1.3.**
_____
Street address, if available, or other description

_____

_____
City                State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..................→  $_____

---

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

**3.1.**  Make:  _Ford_
Model:  _F-150_
Year:  _2008_
Approximate mileage:  _190,000_
Other information:

| |
|---|

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?   Current value of the portion you own?

$_3000_   $_____

If you own or have more than one, describe here:

**3.2.**  Make:  _Jaguar_
Model:  _XJS_
Year:  _1988_
Approximate mileage:  _100,00_
Other information:

| |
|---|

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?   Current value of the portion you own?

$_1500_   $_____

Debtor 1 _Ann Vernette Seay-Saylor_    Case number (if known) _25-61418_
First Name    Middle Name    Last Name

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ] 

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Current value of the entire property?

Current value of the portion you own?

$_____    $_____

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ] 

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Current value of the entire property?

Current value of the portion you own?

$_____    $_____

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

[ ] No
[ ] Yes

4.1.  Make: _____

Model: _____

Year: _____

Other Information:

[ ] 

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Current value of the entire property?

Current value of the portion you own?

$_____    $_____

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other Information:

[ ] 

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Current value of the entire property?

Current value of the portion you own?

$_____    $_____

Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ............................................... → $ 4,500.00

Debtor 1 *Jean Vernette Seay-Saylor*  
First Name   Middle Name   Last Name

Case number (if known) *25-61418*

## Part 3: Describe Your Personal and Household Items

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No  
☑ Yes. Describe......... Refrigerators(2) Stove, microwave, Dishwashers, patios washer/dryers, kitchenware, furniture, tables/couches
$25,000

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No  
☑ Yes. Describe......... Televisions, Stereo, Computer, printer, Album's Collections, Cameras
$5,000

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No  
☐ Yes. Describe.........
$____

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No  
☑ Yes. Describe......... Bicycles, Treadmill
$800.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No  
☐ Yes. Describe.........
$____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No  
☑ Yes. Describe......... Clothes, Shoes, Purses, Coats etc
$5,000
$1,200

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No  
☐ Yes. Describe.........
$____

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No  
☑ Yes. Describe......... Dog
$100.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No  
☑ Yes. Give specific information. ............ Wheelchairs / monitors / Crutches
$300
$35,900.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................→
$17,700.00

Debtor 1    _Ivan Vernette Seay-Taylor_    Case number (if known) _25-61418_
           First Name   Middle Name   Last Name

## Part 4:   Describe Your Financial Assets

**16. Cash**

*Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition*

☐ No

☑ Yes ................................................................................................    Cash: ................    $ _200.00_

**17. Deposits of money**

*Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.*

☐ No

☑ Yes .....................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $_____ |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _LUA Credit Union_ | $ _871.00_ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples: Bond funds, investment accounts with brokerage firms, money market accounts*

☑ No

☐ Yes ................    Institution or issuer name:

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**9. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them........

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | 0% __% | $_____ |
| _____ | 0% __% | $_____ |
| _____ | 0% __% | $_____ |

Debtor 1  *Jean Vernette Seay Saylor*
First Name  Middle Name  Last Name

Case number *(if known)* *25-61418*

20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific   Issuer name:
information about
them...........................

$_____
$_____
$_____

21. Retirement or pension accounts
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each
account separately.   Type of account:   Institution name:

401(k) or similar plan:   _____   $_____

Pension plan:   _____   $_____

IRA:   _____   $_____

Retirement account:   _____   $_____

Keogh:   _____   $_____

Additional account:   _____   $_____

Additional account:   _____   $_____

22. Security deposits and prepayments
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes...........................   Institution name or individual:

Electric:   _____   $_____

Gas:   _____   $_____

Heating oil:   _____   $_____

Security deposit on rental unit:   _____   $_____

Prepaid rent:   _____   $_____

Telephone:   _____   $_____

Water:   _____   $_____

Rented furniture:   _____   $_____

Other:   _____   $_____

23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes...........................   Issuer name and description:

_____   $_____
_____   $_____
_____   $_____

Debtor 1    *Jean   Vernette   Seay-Saylor*   Case number (if known) *25 - 61418*
First Name       Middle Name       Last Name

24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

| | $_____ |
| | $_____ |
| | $_____ |

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit

☑ No
☐ Yes. Give specific
   information about them.... | $_____ |

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
   information about them.... | $_____ |

27. Licenses, franchises, and other general intangibles
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
   information about them.... | $_____ |

28. Tax refunds owed to you

☑ No
☐ Yes. Give specific information
   about them, including whether
   you already filed the returns
   and the tax years. ...................

Federal:  $_____
State:    $_____
Local:    $_____

29. Family support
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

Alimony:              $_____
Maintenance:          $_____
Support:              $_____
Divorce settlement:   $_____
Property settlement:  $_____

30. Other amounts someone owes you
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information............... *Filed an Appeal To have Disability Benefits reinstated*   $ *7,135.00*

Debtor 1 _Jean Vernette Seay-Taylor_   Case number (if known) _25-61418_
   First Name   Middle Name   Last Name

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company
    of each policy and list its value. …

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information. …………
$ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. ……………
$ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. …………
$ _____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information. …………
$ _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here ……………………………………………………………………………… →   $ _0_

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe……
$ _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe……
$ _____

Debtor 1  _Jean  Vernette  Gray - Saylor_    Case number *(if known)* _25 - 61418_
    First Name    Middle Name    Last Name

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☒ No
☐ Yes. Describe...... [_____]  $_____

41. Inventory

☒ No
☐ Yes. Describe...... [_____]  $_____

42. Interests in partnerships or joint ventures

☒ No
☐ Yes. Describe.......  Name of entity:    % of ownership:
    _____  ____ %  $_____
    _____  ____ %  $_____
    _____  ____ %  $_____

43. Customer lists, mailing lists, or other compilations

☒ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes. Describe.......  [_____]  $_____

44. Any business-related property you did not already list

☒ No
☐ Yes. Give specific
    information .........  _____  $_____
    _____  $_____
    _____  $_____
    _____  $_____
    _____  $_____
    _____  $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ........................................................................ →  $____0____

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

47. Farm animals
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes................  [_____]  $____0____

Debtor 1.  *Ivan Vernette Seay-Saylor*    Case number (if known) *25-61418*
    First Name   Middle Name   Last Name

48. Crops—either growing or harvested

☑ No
☐ Yes. Give specific
information. ..........                                              $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☑ No
☐ Yes .................                                             $_____

50. Farm and fishing supplies, chemicals, and feed

☑ No
☐ Yes .................                                             $_____

51. Any farm- and commercial fishing-related property you did not already list

☑ No
☐ Yes. Give specific
information. ..........                                              $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here ........................................→ $ _____*0*_____

---

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples: Season tickets, country club membership*

☑ No
☐ Yes. Give specific
information. ..........                                              $_____
                                                                    $_____
                                                                    $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...........→  $ _____*0*_____

---

**Part 8:**  List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .........................................................→  $ *487,500.00*

56. Part 2: Total vehicles, line 5                        $ *4,500.00*

57. Part 3: Total personal and household items, line 15   $ *35,900.00*

58. Part 4: Total financial assets, line 36               $ *0*

59. Part 5: Total business-related property, line 45      $ *0*

60. Part 6: Total farm- and fishing-related property, line 52   $ *0*

61. Part 7: Total other property not listed, line 54      + $ *0*

62. Total personal property. Add lines 56 through 61. ............  $ *40,400.00*  Copy personal property total →  + $ *40,400.00*

63. Total of all property on Schedule A/B. Add line 55 + line 62 ........................................  $ *527,900.00*

Official Form 106A/B

**Fill in this information to identify your case:**

Debtor 1    *Chan    Vernette    Seay-Saylor*
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number    *25-61418*
(If known)

☐ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| | | | |
|---|---|---|---|
| Brief description: _____ | $ _____ | ☐ $ _____ | |
| Line from *Schedule A/B:* _____ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____ | $ _____ | ☐ $ _____ | |
| Line from *Schedule A/B:* _____ | | ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ | $ _____ | ☐ $ _____ | |
| Line from *Schedule A/B:* _____ | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. Are you claiming a homestead exemption of more than $214,000?
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No
      ☐ Yes

Official Form 106C

Debtor 1 _Jean Vernette Seay-Saylor_
First Name   Middle Name   Last Name

Case number (if known) _25-61418_

## Part 2:   Additional Page

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

| Brief description: | $ | ☐ $ |
|---|---|---|
| Line from Schedule A/B: | | ☐ 100% of fair market value, up to any applicable statutory limit |

**Fill in this information to identify your case:**

Debtor 1    _Jean   Veinette   Seay-Taylor_
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number    _25-61418_
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| | | |
|---|---|---|
| **2.1** _Dale Ludwig_ | Describe the property that secures the claim: | $ _40,000.00_  $ _487,_  $ ___ |
| Creditor's Name | | $ _40,131.93_ |
| _Timothy I. Kelsey-Attorney_ | _House @ 1027 Grady Ave_ | |
| Number      Street | | |
| _200-C  Garrett St._ | As of the date you file, the claim is: Check all that apply. | |
| _Charlottesville VA 22903_ | ☐ Contingent | |
| City      State   ZIP Code | ☐ Unliquidated | |
| | ☑ Disputed | |
| Who owes the debt? Check one. | Nature of lien. Check all that apply. | |
| ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured | _A 13-day promissory note_ |
| ☐ Debtor 2 only | car loan) | _appeared the next_ |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | _day._ |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | |
| | ☑ Other (including a right to offset) _Bales behind on mortgage payment._ | |
| ☐ Check if this claim relates to a | | |
| community debt | _Dale Ludwig put 40,000 to stop foreclosure and was suppose_ | |
| Date debt was incurred _07/17/2025_ | Last 4 digits of account number _to buy my property. A lot of Red Flags came up._ | |
| | _the next day, I went to see another attorney_ | |

| | | |
|---|---|---|
| **2.2** _William Harville_ | Describe the property that secures the claim: | $ _25,_  $ ___  $ ___ |
| Creditor's Name | | |
| _P.O. Box 400_ | | |
| Number      Street | | |
| _Urbana_ | As of the date you file, the claim is: Check all that apply. | |
| _VA  22903_ | ☐ Contingent | |
| City      State   ZIP Code | ☐ Unliquidated | |
| | ☐ Disputed | |
| Who owes the debt? Check one. | Nature of lien. Check all that apply. | |
| ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured | |
| ☐ Debtor 2 only | car loan) | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | |
| | ☑ Other (including a right to offset) _Attorney Fees_ | |
| ☐ Check if this claim relates to a | | |
| community debt | | |
| Date debt was incurred | Last 4 digits of account number | |

$ ___

Debtor 1  _Jean Vernette Seay-Taylor_
First Name   Middle Name   Last Name

Case number (if known) _25-61418_

**Part 1:** Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

2.3 _Selene_
Creditor's Name

_P.O. Box 8619_
Number   Street

_Philadelphia_
City

_PA 19101-8619_
State   ZIP Code

Who owes the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _06-1999_

Describe the property that secures the claim:
$_____   $_____   $_____

_1027 Grady Ave  House_

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _Current on my mortgage_

Last 4 digits of account number _9 3 6 5_

---

Creditor's Name

Number   Street

City   State   ZIP Code

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:
$_____   $_____   $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

---

Creditor's Name

Number   Street

City   State   ZIP Code

Who owes the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:
$_____   $_____   $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:
$_____
$_____

Official Form 106D

Debtor 1 _____   Case number (if known) _____
         First Name   Middle Name   Last Name

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Name _____

Number     Street _____

_____

City _____ State ____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street _____

_____

City _____ State ____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street _____

_____

City _____ State ____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street _____

_____

City _____ State ____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street _____

_____

City _____ State ____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street _____

_____

City _____ State ____ ZIP Code _____

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Official Form 106D

**Fill in this information to identify your case:**

Debtor 1 _Jean Vanette Seay-Smith_
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Virginia

Case number _25 - 61418_
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
☐ No. Go to Part 2.
☑ Yes.

**2.1** _Bh Enterprises_
Priority Creditor's Name
_1405 Rolkin CT #102_
Number    Street
_Charlottesville VA 22911_
City    State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number __ __ __ __     $252.00  $_____ $_____
When was the debt incurred? _2023_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _Dr's Bill_

**2** _RWU Law Group_
Priority Creditor's Name
_6003 Executive Blvd #101_
Number    Street
_Rockville, MD 20852_
City    State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number __ __ __ __     $901.06  $_____ $_____
When was the debt incurred? _2024_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _Firs Attorney -other_

Debtor 1  _Jean Vernette Seccy-Saylor_  Case number (if known) _25 - 61418_
First Name  Middle Name  Last Name

**Part 1:**  Your PRIORITY Unsecured Claims — Continuation Page

---

**2.3** _Internal Revenue Services_  Last 4 digits of account number ___ ___ ___ ___  $_____  $_____  $_____
Priority Creditor's Name

_P.O. Box 7346_  When was the debt incurred?  _____
Number  Street

_Philadelphia  PA  19101_  As of the date you file, the claim is: Check all that apply.
City  State  ZIP Code
7346  ☐ Contingent
☐ Unliquidated
☑ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only  Type of PRIORITY unsecured claim:
☐ Debtor 2 only  ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only  ☑ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another  ☐ Claims for death or personal injury while you were
  intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.4** _Nelnet Inc._  Last 4 digits of account number ___ ___ ___ ___  $ _15,000_ $_____  $_____
Priority Creditor's Name

_P.O. Box 82561_  When was the debt incurred?  _1999_
Number  Street

_Lincoln, NE  68501_  As of the date you file, the claim is: Check all that apply.
City  State  ZIP Code
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only  Type of PRIORITY unsecured claim:
☐ Debtor 2 only  ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only  ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another  ☐ Claims for death or personal injury while you were
  intoxicated
☐ Check if this claim is for a community debt  ☑ Other. Specify _Student Loan_

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.5** _Resurgent Capital Services_  Last 4 digits of account number ___ ___ ___ ___  $ _414.68_ $_____  $_____
Priority Creditor's Name

_P.O. Box 10368_  When was the debt incurred?  _____
Number  Street

_Greenville, SC  29603_  As of the date you file, the claim is: Check all that apply.
City  State  ZIP Code
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only  Type of PRIORITY unsecured claim:
☐ Debtor 2 only  ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only  ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another  ☐ Claims for death or personal injury while you were
  intoxicated
☐ Check if this claim is for a community debt  ☑ Other. Specify _Hospital Bills_

Is the claim subject to offset?
☐ No
☑ Yes

*Jean Vernette Seay-Saylor*

First Name   Middle Name   Last Name    Case number (if known) *25-61418*

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

| 4.1 | **Sentara** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number __ __ __ __ | $ *200.00* |
| | P.O. Box 79607 | When was the debt incurred? _____ | |
| | Number   Street | | |
| | Baltimore, MD 21279 | | |
| | City   State   ZIP Code | As of the date you file, the claim is: Check all that apply. | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Check if this claim is for a community debt
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify *Hospital Bills*

Is the claim subject to offset?
☐ No
☑ Yes

| 4.2 | **Transworld Systems** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number __ __ __ __ | $ *212.48* |
| | P.O. Box 15618 | When was the debt incurred? _____ | |
| | Number   Street | | |
| | Wilmington, DE 19850 | | |
| | City   State   ZIP Code | As of the date you file, the claim is: Check all that apply. | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Check if this claim is for a community debt
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

| 4.3 | **UVA Health** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number __ __ __ __ | $ *2966.48* |
| | P.O. Box 743977 | When was the debt incurred? *2024* | |
| | Number   Street | | |
| | Atlanta, GA 30374 | | |
| | City   State   ZIP Code | As of the date you file, the claim is: Check all that apply. | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Check if this claim is for a community debt
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify *Hospital*

Is the claim subject to offset?
☐ No
☐ Yes

_Jenn    Nannette    Gray-Taylor_    Case number (if known) _25-61418_
First Name    Middle Name    Last Name

**Part 2:**   Your NONPRIORITY Unsecured Claims — Continuation Page

**4.4**   _William    Manville_                          Last 4 digits of account number __ __ __ __          $_84_
Nonpriority Creditor's Name

_P.O. Box 460_                                        When was the debt incurred?   _2025_
Number    Street

_URBANNA    VA    23175_                  As of the date you file, the claim is: Check all that apply.
City    State    ZIP Code

                                                          ☐ Contingent
Who incurred the debt? Check one.                          ☐ Unliquidated
                                                          ☐ Disputed
☒ Debtor 1 only
☐ Debtor 2 only                                       Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another            ☐ Student loans
                                                      ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt            you did not report as priority claims
                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                       ☐ Other. Specify_____
☐ No
☐ Yes

**4.5**   _Timothy   I.   Kelsey_                       Last 4 digits of account number __ __ __ __          $_40,131.9_
Nonpriority Creditor's Name

_200-C   Garrett   Street_                             When was the debt incurred?   _2025_
Number    Street

_Charlottesville   VA   22903_              As of the date you file, the claim is: Check all that apply.
City    State    ZIP Code

                                                          ☐ Contingent
Who incurred the debt? Check one.                          ☐ Unliquidated
                                                          ☑ Disputed
☑ Debtor 1 only
☐ Debtor 2 only                                       Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another            ☐ Student loans
                                                      ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt            you did not report as priority claims
                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                       ☑ Other. Specify_____
☐ No
☑ Yes

_IRS_                                                  Last 4 digits of account number __ __ __ __          $_6,599.8_
Nonpriority Creditor's Name

_Internal Revenue Service_                             When was the debt incurred?   _2005_
Number    Street

_Kansas City,   MO   64999-0010_            As of the date you file, the claim is: Check all that apply.
City    State    ZIP Code

                                                          ☐ Contingent
Who incurred the debt? Check one.                          ☐ Unliquidated
                                                          ☐ Disputed
☑ Debtor 1 only
☐ Debtor 2 only                                       Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another            ☐ Student loans
                                                      ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt            you did not report as priority claims
                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                       ☐ Other. Specify_____
☐ No
☐ Yes

Debtor 1 _Kan Vernette Fay-Saylor_____   Case number (if known) _25-61418_

First Name  Middle Name  Last Name

**Part 3:**  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| _William Harville_ <br> Name <br> _P.O. Box 460_ <br> Number  Street <br><br> _Urbanna   VA   23175_ <br> City   State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line _____ of (Check one): ☑ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number __ __ __ __ |
| _Timothy I. Kelsey_ <br> Name <br> _Attorney at law_ <br> Number  Street <br> _200-C Garrett Street_ <br> _Charlottesville VA 22903_ <br> City   State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number __ __ __ __ |
| _Dale Ludwig -VOID_ <br> Name <br><br> Number  Street <br><br> City   State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number __ __ __ __ |
| Name <br><br> Number  Street <br><br> City   State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number __ __ __ __ |
| Name <br><br> Number  Street <br><br> City   State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number __ __ __ __ |
| Name <br><br> Number  Street <br><br> City   State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number __ __ __ __ |
| Name <br><br> Number  Street <br><br> City   State  ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number __ __ __ __ |

Debtor 1 _Jean  Vernette  Gray-Taylor___    Case number (if known) _25-61418_

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only, 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.

6a. Domestic support obligations    6a.   $ _____

6b. Taxes and certain other debts you owe the
    government    6b.   $ 6,599.83

6c. Claims for death or personal injury while you were
    intoxicated    6c.   $ _____

6d. Other. Add all other priority unsecured claims.
    Write that amount here.    6d.  + $ _____

6e. Total. Add lines 6a through 6d.    6e.   $ _____

6f. Student loans    6f.   $ _____

6g. Obligations arising out of a separation agreement
    or divorce that you did not report as priority
    claims    6g.   $ _____

6h. Debts to pension or profit-sharing plans, and other
    similar debts    6h.   $ _____

6i. Other. Add all other nonpriority unsecured claims.
    Write that amount here.    6i.  + $ _____

6j. Total. Add lines 6f through 6i.    6j.   $ _____

Official Form 106E/F

**Fill in this information to identify your case:**

| Debtor | *Jean* | *Vernette* | *Seay-Zaybr* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Virginia

Case number  *25- 61418*
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

**2.1**
Name  *Charlottesville City Storage*
Number / Street  *933 Harris St.*
City  *Charlottesville VA   22903*
State   ZIP Code

**2.2**
Name  *Leaf Fitters*
Number  Street  *5360 South Laburnum Ave*
City  *Richmond VA   23231*
State   ZIP Code

**2.3**
Name
Number  Street
City                State   ZIP Code

**2.4**
Name
Number  Street
City                State   ZIP Code

**2.5**
Name
Number  Street
City                State   ZIP Code

Debtor 1   _Jean Vernette Seay Saylor_     Case number (if known) _25- 61 418_
         First Name   Middle Name   Last Name

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.2**

Name _____

Number   Street

City                State   ZIP Code

**2._**

Name _____

Number   Street

City                State   ZIP Code

**2._**

Name _____

Number   Street

City                State   ZIP Code

**2._**

Name _____

Number   Street

City                State   ZIP Code

**2._**

Name _____

Number   Street

City                State   ZIP Code

**2._**

Name _____

Number   Street

City                State   ZIP Code

**2._**

Name _____

Number   Street

City                State   ZIP Code

**2._**

Name _____

Number   Street

City                State   ZIP Code

Official Form 106G

**Fill in this information to identify your case:**

Debtor 1 _Jean_ _Vernette_ _Stacy-Saylor_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number _25- 61418_
(If known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number       Street

   _____
   City                    State              ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

**3.1**
Name _____
☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street _____
☐ Schedule G, line _____
City                    State              ZIP Code

**3.2**
Name _____
☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street _____
☐ Schedule G, line _____
City                    State              ZIP Code

**3.3**
Name _____
☐ Schedule D, line _____
☐ Schedule E/F, line _____
Number    Street _____
☐ Schedule G, line _____
City                    State              ZIP Code

Official Form 106H

Debtor 1 _Jenn Vernette Secey-Saylor_
First Name   Middle Name   Last Name

Case number (if known) _25-61418_

**Additional Page to List More Codebtors**

3._

Name _____

Number   Street _____

City _____   State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number   Street _____

City _____   State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number   Street _____

City _____   State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number   Street _____

City _____   State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number   Street _____

City _____   State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number   Street _____

City _____   State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

._

Name _____

Number   Street _____

City _____   State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

._

Name _____

Number   Street _____

City _____   State _____ ZIP Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

cial Form 106H

**Fill in this information to identify your case:**

Debtor 1 _Jean_ _Vernette_ _Saui-Snyder_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number _25-61418_
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

Occupation: _Core Provider_

Employer's name: _Consumer Direct Care_

Employer's address: _300 Arboretum Pl_
_Suite 410_
_Richmond_
_Richmond VA 23236_
Number  Street      City    State   ZIP Code

How long employed there? _6 yrs_

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 1150 | $ |
| 3. Estimate and list monthly overtime pay. | 3. +$ — | +$ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 1150.00 | $ |

Debtor 1 _Jean Vernette Seay -Saylor_    Case number (if known) _25-61418_
First Name   Middle Name   Last Name

Copy line 4 here............................................................ → 4.   $ _1,150_        $ _____

**5. List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ ___ | $ _____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ ___ | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ ___ | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ ___ | $ _____ |
| 5e. Insurance | 5e. | $ ___ | $ _____ |
| 5f. Domestic support obligations | 5f. | $ ___ | $ _____ |
| 5g. Union dues | 5g. | $ ___ | $ _____ |
| 5h. Other deductions. Specify: _____ | 5h. + $ ___ | + $ _____ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ _0_        $ _____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ _1,150.00_        $ _____

**8. List all other income regularly received:**

8a. Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ _0_        $ _____

8b. Interest and dividends   8b.   $ _0_        $ _____

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive *+ family pays my bills until my*

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. *Disability is Reinstated*   8c.   $ _800.00_        $ _____

8d. Unemployment compensation   8d.   $ _0_        $ _____

8e. Social Security   8e.   $ _0_        $ _____

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _Food Stamps, Medicaid, Medicare_   8f.   $ _300.00_        $ _____

8g. Pension or retirement income   8g.   $ _0_        $ _____

8h. Other monthly income. Specify: _____   8h. + $ _0_        + $ _____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ _1,100.00_        $ _____

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ _2,250.00_  +  $ _____  =  $ _____

11. State all other regular contributions to the expenses that you list in Schedule J.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____   11. + $ _2,250.00_

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12.   $ _2,250.00_
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

☒ Yes. Explain: _I Should have monies Reinstated from SSDA (social Security) I will have on my partner move in with me in Jan. 2026_

**Fill in this information to identify your case:**

Debtor 1 _Jean_ _Vernette_ _Seay-Taylor_
First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number _25-61418_
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

☑ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*

2. Do you have dependents?

☑ No
☐ Yes. Fill out this information for each dependent..........................

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

☑ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. 4. $ _801.06_

If not included in line 4:

4a. Real estate taxes  - 4a. $ _0_

4b. Property, homeowner's, or renter's insurance ✓ 4b. $ _Included_

4c. Home maintenance, repair, and upkeep expenses 4c. $ _200.00_

4d. Homeowner's association or condominium dues 4d. $ _0_

Debtor 1 *Kam Vernette Seay-Saylor*
First Name   Middle Name   Last Name

Case number (if known) *25-61418*

5. Additional mortgage payments for your residence, such as home equity loans        5.  $ _____

6. Utilities:

  6a. Electricity, heat, natural gas        6a.  $ 150.00

  6b. Water, sewer, garbage collection        6b.  $ 80.00

  6c. Telephone, cell phone, internet, satellite, and cable services        6c.  $ 80.00

  6d. Other. Specify: _____        6d.  $ _____

7. Food and housekeeping supplies        7.  $ 300.00

8. Childcare and children's education costs        8.  $ _____

9. Clothing, laundry, and dry cleaning        9.  $ _____

10. Personal care products and services        10.  $ _____

11. Medical and dental expenses        11.  $ _____

12. Transportation. Include gas, maintenance, bus or train fare.
Do not include car payments.        12.  $ 200.00

13. Entertainment, clubs, recreation, newspapers, magazines, and books        13.  $ _____

14. Charitable contributions and religious donations        14.  $ _____

15. Insurance.
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a. Life insurance        15a.  $ 164.00

  15b. Health insurance        15b.  $ _____

  15c. Vehicle insurance        15c.  $ 200.00

  15d. Other insurance. Specify: _____        15d.  $ _____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____        16.  $ _____

17. Installment or lease payments:

  17a. Car payments for Vehicle 1        17a.  $ _____

  17b. Car payments for Vehicle 2        17b.  $ _____

  17c. Other. Specify: *Storage Fees*        17c.  $ 112.00

  17d. Other. Specify: _____        17d.  $ _____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).        18.  $ _____

19. Other payments you make to support others who do not live with you.
Specify: _____        19.  $ _____

20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.

  20a. Mortgages on other property        20a.  $ _____

  20b. Real estate taxes        20b.  $ _____

  20c. Property, homeowner's, or renter's insurance        20c.  $ _____

  20d. Maintenance, repair, and upkeep expenses        20d.  $ _____

  20e. Homeowner's association or condominium dues        20e.  $ _____

Debtor 1 _Jean Vernette Seay-Saylor_    Case number (if known) _25-61418_
First Name    Middle Name    Last Name

| | | | |
|---|---|---|---|
| 21. Other. Specify: _____ | | 21. +$ | _0_ |

22. Calculate your monthly expenses.

22a. Add lines 4 through 21. — 22a. $ _1,781.06_

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — 22b. $ _—_

22c. Add line 22a and 22b. The result is your monthly expenses. — 22c. $ _1,781.06_

23. Calculate your monthly net income.

23a. Copy line 12 (_your combined monthly income_) from *Schedule I.* — 23a. $ _1,150.00_

23b. Copy your monthly expenses from line 22c above. — 23b. −$ _1,781.06_

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.* — 23c. $ ~~2,788.00~~

−$63⸱06

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here: My home is being renovated by a government
program. Complete weatherization is being done on my home
updating (LEAD) I am in the process of doing a modification
on my current mortgage

**Fill in this information to identify your case:**

Debtor 1 _Jean_ _Vernette_ _Seay-Taylor_
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number _25-61418_
(If known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☑ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| | | |
|---|---|---|
| | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _1027 Cardy Ave_  From _6/1999_  To _12/2025_ <br> Number  Street | Number  Street  From _____  To _____ | From _____  To _____ |
| _Charlottesville VA 22903_ <br> City    State  ZIP Code | City    State  ZIP Code | City    State  ZIP Code |
| | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number  Street  From _____  To _____ | Number  Street  From _____  To _____ | From _____  To _____ |
| City    State  ZIP Code | City    State  ZIP Code | City    State  ZIP Code |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

Debtor 1  *Jean Vernette Seay-Saylor*
First Name   Middle Name   Last Name

Case number (if known) *25-61418*

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☒ No
   ☒ Yes. Fill in the details.

|  | | |  | |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $ *15,600.00* | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $ _____ |
| For last calendar year: <br> (January 1 to December 31, *2024* ) | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $ *23,460.00* | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $ _____ |
| For the calendar year before that: <br> (January 1 to December 31, _____ ) | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $ _____ | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $ _____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security; unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☐ Yes. Fill in the details.

| | | | | |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: <br> ( *8 mos.* <br> *9 mos* ) | DSSA ~~SSDA~~ <br> _____ <br> _____ | $ *13,923.00* <br> $ _____ <br> $ _____ | _____ <br> _____ <br> _____ | $ _____ <br> $ _____ <br> $ _____ |
| For last calendar year: <br> (January 1 to December 31, *2024* ) | SSDA <br> _____ <br> _____ | $ *18,000.00* <br> $ _____ <br> $ _____ | _____ <br> _____ <br> _____ | $ _____ <br> $ _____ <br> $ _____ |
| For the calendar year before that: <br> (January 1 to December 31, *2023* ) | SSDA <br> _____ <br> _____ | $ *15,960.00* <br> $ _____ <br> $ _____ | _____ <br> _____ <br> _____ | $ _____ <br> $ _____ <br> $ _____ |

Debtor 1 *Jean Vernette Seay-Saylor*
First Name    Middle Name    Last Name

Case number (if known) *25-61418*

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| *Selene Finance* | 11/20/25 | $ ~~804.00~~ 871.06 | $ 77,838.71 | ☑ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| *P.O. Box 8619* Number   Street | | | | |
| *Philadelphia, PA* 1 | | | | |
| *Philadelphia, PA 19101-8619* City   State   ZIP Code | | | | |
| *Charlottesville Storage* Creditor's Name | | $ 112.00 | $ — | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name | | $ | $ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |

---

Debtor 1    *Jean Vernette Seay-Taylor*    Case number (if known) *25-61418*

First Name    Middle Name    Last Name

7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations,
such as child support and alimony.

☐ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| | | | | |
| City        State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| | | | | |
| City        State    ZIP Code | | | | |

8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited
an insider?
Include payments on debts guaranteed or cosigned by an insider.

☐ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment. Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| | | | | |
| City        State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| | | | | |
| City        State    ZIP Code | | | | |

Debtor 1 _Jean Vernette Feavy-Saylor_     Case number (if known) _25-61418_
          First Name   Middle Name   Last Name

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

| Nature of the case | Court or agency | Status of the case |
|---|---|---|
| Case title _____ | Court Name _____ | ☐ Pending |
| _____ | Number   Street _____ | ☐ On appeal |
| Case number _____ | City   State   ZIP Code _____ | ☐ Concluded |
| Case title _____ | Court Name _____ | ☐ Pending |
| _____ | Number   Street _____ | ☐ On appeal |
| Case number _____ | City   State   ZIP Code _____ | ☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☑ Yes. Fill in the information below.

| Creditor's Name | Describe the property | Date | Value of property |
|---|---|---|---|
| _Timothy I. Kelsey-Atto_ | _Promissory Note #46,000.00 Documents has forged Signatures of my name Jean Saylor_ | _12-21-25_ | _$487,500.00_ |
| _Dale Ludwig_ Creditor's Name | Explain what happened | | |
| _200-C Garrett St_ Number   Street | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. _-12/21/2025_ | | |
| _Charlottesville VA 22903_ City   State   ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

| Creditor's Name | Describe the property | Date | Value of property |
|---|---|---|---|
| _____ Creditor's Name | | | $_____ |
| _____ Number   Street | Explain what happened | | |
| _____ | ☐ Property was repossessed. | | |
| _____ City   State   ZIP Code | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

Debtor 1 _Jean  Vernette  Leay-Saylor_    Case number (if known) _25-61418_

First Name    Middle Name    Last Name

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

| Creditor's Name | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you | | | |

Debtor 1  *Jenn Vennette Seay-Taylor*
First Name  Middle Name  Last Name

Case number (if known)  *25-61418*

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

Charity's Name

_____

Number   Street

_____

City     State   ZIP Code

$ _____

$ _____

## Part 6:  List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

$ _____

## Part 7:  List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

Person Who Was Paid

_____

Number   Street

_____

_____

City     State   ZIP Code

Email or website address

_____

Person Who Made the Payment, if Not You

$ _____

$ _____

Debtor 1  _Joan_ _Vernette_ _Seay-Taylor_    Case number (if known) _25-61418_
  First Name   Middle Name   Last Name

Person Who Was Paid

Number    Street

_____

City          State    ZIP Code

Email or website address

Person Who Made the Payment, If Not You

$_____

$_____

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☐ No
☐ Yes. Fill in the details.

Person Who Was Paid

Number    Street

_____

City          State    ZIP Code

$_____

$_____

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☐ Yes. Fill in the details.

Person Who Received Transfer

Number    Street

_____

City          State    ZIP Code

Person's relationship to you

Person Who Received Transfer

Number    Street

_____

City          State    ZIP Code

Person's relationship to you

Debtor 1  *Jean Vinnette Lacy Taylor*     Case number (if known) *25-61418*
    First Name  Middle Name  Last Name

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Description and value of the property transferred | Date(s) transfer was made |
|---|---|

Name of trust _____

_____

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br><br>Number  Street<br><br>City  State  ZIP Code | XXXX-___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution<br><br>Number  Street<br><br>City  State  ZIP Code | XXXX-___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number  Street<br><br>City  State  ZIP Code | Name<br><br>Number  Street<br><br>City  State  ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1   *Jean Vernette Seay-Saylor*
   First Name   Middle Name   Last Name

Case number (if known) *25-61418*

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| Who is or was the person using it? | What is the property? | Do you still own it? |
|---|---|---|

*Charlottesville Storage*
Name of Storage Facility

*933 Harris St*
Number  Street

*Charlottesville VA 22903*
City  State  ZIP Code

*Jean V. Seay-Saylor*
Name

*1027 Grady Ave*
Number  Street

*Charlottesville VA 22903*
City State ZIP Code

*Household Furniture*

☐ No
☑ Yes

## Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| Where is the property? | What is the property? | Value |
|---|---|---|

Owner's Name

Number   Street

City            State    ZIP Code

Number   Street

City            State    ZIP Code

$_____

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

Name of site

Number   Street

City            State   ZIP Code

Governmental unit

Number   Street

City            State   ZIP Code

Debtor 1 _Jean Vernette Seay-Saylor_   Case number (if known) _25-61418_
      First Name   Middle Name   Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| Name of site | Governmental unit | |
| Number  Street | Number  Street | |
| | City       State   ZIP Code | |
| City       State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| Case title | Court Name | ☐ Pending |
| | | ☐ On appeal |
| | Number  Street | ☐ Concluded |
| Case number | City       State  ZIP Code | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number (EIN) Do not include Social Security number or ITIN. |
|---|---|---|
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____  To _____ |
| City     State   ZIP Code | | |
| Business Name | Describe the nature of the business | Employer Identification number (EIN) Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____  To _____ |
| City     State   ZIP Code | | |

Debtor 1 _Jean Vernette Seay-Taylor_    Case number (if known) _25-61418_

First Name   Middle Name   Last Name

**Business Name**

Description of the nature of the business:

EIN: __ __ - __ __ __ __ __ __ __

**Number   Street**

Name of accountant or bookkeeper:

Dates business existed

**City          State   ZIP Code**

From _____ To _____

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes. Fill in the details below.

Date issued

**Name**

MM / DD / YYYY

**Number   Street**

**City          State   ZIP Code**

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____     ✗ _____
Signature of Debtor 1                      Signature of Debtor 2

Date _12/3/2025_                Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    _Jean    Vernette    Spay-Saylor_
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number    _25 - 61418_
         (if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from *Schedule A/B* ......................................................... $ _487,500.00_

    1b. Copy line 62, Total personal property, from *Schedule A/B* ............................................ $ _____

    1c. Copy line 63, Total of all property on *Schedule A/B* ..................................................... $ _____

### Part 2: Summarize Your Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

    2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... $ _____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ................................ $ _____

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................ + $ _____

                                                        Your total liabilities     $ _____

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

    Copy your combined monthly income from line 12 of *Schedule I* .................................... $ _____

5. *Schedule J: Your Expenses* (Official Form 106J)

    Copy your monthly expenses from line 22c of *Schedule J* ........................................... $ _____

Debtor 1 _Jean Vernette Seay-Taylor_   Case number (if known) _25-61418_
First Name   Middle Name   Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. What kind of debt do you have?

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ _1150.00_

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

From Part 4 on Schedule E/F, copy the following:

| | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _12,000 +_ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ |
| 9g. Total. Add lines 9a through 9f. | $ _12,000_ |

**Fill in this information to identify your case:**

Debtor 1 _Jean_ _Vernette_ _Seay-Taylor_
        First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number _25-61418_
(If known)

---

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

---

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income          12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:  Calculate Your Current Monthly Income

1. What is your marital and filing status? Check one only.

   ☐ Not married. Fill out Column A, lines 2-11.

   ☐ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.

   ☑ Married and your spouse is NOT filing with you. You and your spouse are:

   ☐ Living in the same household and are not legally separated. Fill out both Columns A and B, lines 2-11.

   ☑ Living separately or are legally separated. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. Your gross wages, salary, tips, bonuses, overtime, and commissions *monthly* (before all payroll deductions). | $ 1,150.00 | $ _____ |
| 3. Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. Net income from operating a business, profession, or farm

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ ___ | $ ___ | | | |
| Ordinary and necessary operating expenses | − $ ___ | − $ ___ | | | |
| Net monthly income from a business, profession, or farm | $ ___ | $ ___ | Copy here → | $ _____ | $ _____ |

6. Net income from rental and other real property

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ ___ | $ ___ | | | |
| Ordinary and necessary operating expenses | − $ ___ | − $ ___ | | | |
| Net monthly income from rental or other real property | $ ___ | $ ___ | Copy here → | $ _____ | $ _____ |

| 7. Interest, dividends, and royalties | | $ _____ | $ _____ |
|---|---|---|---|

Debtor 1  _Jean Vernette Leary-Taylor_                    Case number (if known) _25-61418_
         First Name    Middle Name    Last Name

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

8.  **Unemployment compensation.** Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..............................↓

    For you ................................................................. $ _____
    For your spouse .................................................. $ _____

9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. $ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

    _____    $ _____    $ _____
    _____    $ _____    $ _____

    Total amounts from separate pages, if any.    + $ _____    + $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $1,150.00  +  $ _____  =  $ _____
    Total current monthly income

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. Calculate your current monthly income for the year. Follow these steps:

    12a.  Copy your total current monthly income from line 11. ................................................ Copy line 11 here➔    $ _____

          Multiply by 12 (the number of months in a year).    x 12

    12b.  The result is your annual income for this part of the form.    12b.    $ _____

13. Calculate the median family income that applies to you. Follow these steps:

    Fill in the state in which you live.    _Virginia_

    Fill in the number of people in your household.    _1_

    Fill in the median family income for your state and size of household. ................................................ 13.    $ _____
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. How do the lines compare?

    14a. ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

Debtor 1 _Jean_ _Vernette_ _Seay Saylor_          Case number (if known) _25-61418_
First Name    Middle Name    Last Name

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ _Jean N. A. Agle_          ✗ _____

Signature of Debtor 1                              Signature of Debtor 2

Date _12/02/2025_                              Date _____
   MM / DD  / YYYY                                   MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.