**Fill in this information to identify your case:**

Debtor 1　Jean　Vernette　Sparsfay / Sayl Jr.
　　　　　First Name　　Middle Name　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number 25-61418
(If known)

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
DEC 05 2025
By _____ DEPUTY CLERK

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Jean Sd　　　　　　　X _____
Signature of Debtor 1　　　　Signature of Debtor 2

Date 12/06/2025　　　　　　Date _____
　　　MM / DD / YYYY　　　　　　　MM / DD / YYYY