IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>JEAN VERNETTE SEAY-SAYLOR,<br><br>      Debtor. | Chapter 13<br>Case No. 25-61418 |
| MATTHEW W. CHENEY,<br>ACTING UNITED STATES TRUSTEE<br>FOR REGION FOUR,<br><br>      Movant,<br><br>v.<br><br>JEAN VERNETTE SEAY-SAYLOR,<br><br>      Respondent. | |

## NOTICE OF MOTION AND HEARING

The United States Trustee has filed a Motion for Sanctions.

PLEASE TAKE NOTICE that a hearing on the forgoing Motion will be held on January 14, 2026, at 10:00 AM before Judge Connelly. The hearing shall be held via Zoom for Government using the following information: Meeting ID: 160 369 2643; URL: https://vawb-uscourts-gov.zoomgov.com/j/1603692643.

**If you do not want the Court to grant the relief requested in the motion, then, pursuant to Local Rule 9013-1, you must file a response within 7 days before the hearing date. Absent a timely filed response, a proposed order will be tendered to the Court granting the relief requested in the motion and the Court may treat the motion as conceded and enter the proposed order without the necessity of holding a hearing.**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

Dated:  6 January 2026          Respectfully submitted,

Margaret K. Garber (VSB No. 34412)    MATTHEW W. CHENEY,
Office of the United States Trustee      Acting United States Trustee for Region Four
210 First Street, Suite 505
Roanoke, VA 24011          By: */s/ Margaret K. Garber*
(540) 857-2806
margaret.k.garber@usdoj.gov

## MOTION FOR SANCTIONS

Comes now the United States Trustee for Region Four and moves this court pursuant to §§ 105, 109(g), 349 and 1307 of the Bankruptcy Code to dismiss this case and to sanction the debtor, and in support thereof, the United States Trustee states as follows:

1. This case was commenced by the filing of a voluntary petition pursuant to Chapter 7 of Title 11 on or about November 20, 2025 by Jean Vernette Seay-Saylor (Seay-Saylor or debtor).

2. Prior to this bankruptcy filing, the debtor filed a voluntary petition pursuant to Chapter 7 of Title 11 on April 3, 2025. The case was assigned Number 25-60399. April 28, 2025, this case was dismissed as a result of the debtor's failure to comply with court order to file the required statement and schedules.

3. Prior to this bankruptcy filing, the debtor filed a voluntary petition pursuant to Chapter 13 of Title 11 on October 31, 2024. The case was assigned Number 24-61219. On January 16, 2025, this case was dismissed as a result of the debtor's failure to appear at the 341 meeting and on the motion of the Chapter 13 trustee.

4. Prior to this bankruptcy filing, the debtor filed a voluntary petition pursuant to Chapter 13 of Title 11 on January 13, 2014. The case was assigned Number 14-60010. On May 12, 2017, this case was dismissed on the motion of the Chapter 13 trustee as a result of the debtor's failure to file a modified plan.

5. Prior to this bankruptcy filing, the debtor filed a voluntary petition pursuant to Chapter 13 of Title 11 on December 20, 2011. The case was assigned Number 11-63127. On January 15, 2013, this case was dismissed on the motion of the Chapter 13 trustee as a result of the debtor's failure to make plan payments.

6. These multiple filings and the debtor's disregard of the duties and obligations imposed upon him by the United States Bankruptcy Code, indicate that the current filing, at least, was made with bad faith, and is an abuse of the provisions of the Bankruptcy Code.

7. The debtor has continuously abused the bankruptcy system.

8. That said serial filings are in bad faith and are burdensome to the Court, creditors, the Clerk of U.S. Bankruptcy Court, the trustees and others.

WHEREFORE, the United States Trustee requests that this Court order the following relief:

1. That this case be dismissed.

2. That the debtor be prohibited from filing any bankruptcy petition for a period of 365 days from the date of the Order dismissing this case.

3. That all future filings be contingent upon the payment of unpaid filing fees owed to the United States Bankruptcy Court.

4. The United States Trustee requests such other relief as the Court may deem just.

Dated:  6 January 2026                                    Respectfully submitted,

Margaret K. Garber (VSB No. 34412)            MATTHEW W. CHENEY,
Office of the United States Trustee                  Acting United States Trustee for Region Four
210 First Street, Suite 505
Roanoke, VA 24011                                         By:  */s/ Margaret K. Garber*
(540) 857-2806
margaret.k.garber@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2026, a true and correct copy of the foregoing was electronically filed with the United States Bankruptcy Court for the Western District of Virginia which caused electronic notifications of filing to be served on all registered users of the CM/ECF System that have appeared in this case. On this same date, I caused copies to be mailed by First-Class Mail to the debtor and to all creditor listed on the matrix.

                                                 */s/ Margaret K. Garber*
                                                   Margaret K. Garber