

**SIGNED THIS 8th day of January, 2026**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: <br><br> JEAN VERNETTE SEAY-SAYLOR, <br><br> Debtor. | Chapter 13 <br> Case No. 25-61418 |
| MATTHEW W. CHENEY, <br> ACTING UNITED STATES TRUSTEE <br> FOR REGION FOUR, <br><br> Movant, <br><br> v. <br><br> JEAN VERNETTE SEAY-SAYLOR, <br><br> Respondent. | |

### ORDER GRANTING MOVANT'S MOTION TO SHORTEN NOTICE

This cause came to be heard upon the United States Trustee's Motion for Sanctions, [Docket No. 21] as well as a Motion to Shorten Notice Requirement [Docket No. 22]. Good

cause having been shown, the United States Trustee's Motion to Shorten Notice Requirement is

GRANTED.

I ask for this:

*/s/ Margaret K. Garber*
Margaret K. Garber (VSB No. 34412)
Office of the United States Trustee
United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011
(540) 857-2806
margaret.k.garber@usdoj.gov