

**SIGNED THIS 15th day of January, 2026**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:  Jean Vernette Seay-Saylor | CASE NO.   25-61418 |
|---|---|
| Debtor(s) | CHAPTER   7 |

### ORDER DISMISSING CASE WITH RESTRICTIONS

Upon notice and hearing to consider whether to dismiss this case and impose conditions and for good cause shown, it is

O R D E R E D

that this case and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, are hereby **DISMISSED.  Pursuant to 11 U.S.C. § 349, it is further**

O R D E R E D

that **Jean Vernette Seay-Saylor is hereby prohibited from filing a new petition in this Court under any Chapter for a period of 365 days from the date of this Order**.  It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order.  The trustee's bond shall be released and the trustee discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon

1

VAN03

proper application made within said thirty (30) day period.  <u>If the Discharge Order has been issued, the same is rescinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s),  attorney for the debtor(s),  trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

***END OF ORDER***